JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCARE d/b/a PARKIN DRUG STORE, | CV 16-7638 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| QIAGEN NORTH AMERICAN HOLDINGS, INC., | |
| Defendant. | |

Pursuant to the Court's January 19, 2016 Minute Order granting the Motion to Dismiss filed by defendant Qiagen North American Holdings, Inc. ("Defendant"), which dismissed the claims asserted by plaintiff ARcare d/b/a Parkin Drug Store ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed without leave to amend.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

/ / /

1

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2

nothing and that Defendant shall have its costs of suit.

3

IT IS SO ORDERED.

4

DATED: January 19, 2017

5

_____

6

Percy Anderson
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28